**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**RON GILBERT,** *on behalf of himself and*
*on behalf of all others similarly situated*,

        Plaintiff,

      - against -

**AFTRA RETIREMENT FUND** and **THE SAG-AFTRA HEALTH PLAN,**

        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/25/2021

1:20-cv-10834-ALC
**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court now considers Plaintiffs Ron Gilbert And A.A. et al.'s Joint Motion For Consolidation And Appointment Of Interim Class Counsel. Dkts. 16-21. The Motion seeks to consolidate two related matters pursuant to Rule 42(a) of the Federal Rules of Civil Procedure: *Gilbert v. AFTRA Retirement Fund et al.*, 1:20-cv-10834-ALC and *A.A. et al. v. AFTRA Retirement Fund*, 1:20-cv-11119-ALC. It further requests that, pursuant to Federal Rule of Civil Procedure 23(g)(3), Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), Keller Lenkner LLC ("KL"), Morgan & Morgan ("MM"), and Clayeo C. Arnold, a Professional Law Corp ("CCA") be appointed as Co-Lead Interim Class Counsel.

      Upon consideration of the unopposed Motion, memorandum in support hereof, and the accompanying declarations, the Court concludes that the two matters involve common questions of law and fact and that FBFG, KL, MM, and CCA are appropriate Co-Lead Interim Class Counsel. Accordingly, the Court hereby GRANTS the Joint Motion For Consolidation And Appointment Of Interim Class Counsel.

The Clerk of Court is directed to consolidate G*ilbert v. AFTRA Retirement Fund et al*., 1:20-cv-10834-ALC and *A.A. et al. v. AFTRA Retirement Fund*, 1:20-cv-11119-ALC. Future submissions are to be filed under the lower docket, 1:20-cv-10834-ALC. Plaintiffs are ORDERED to file a Consolidated Amended Class Action Complaint within 30 days of this Order.

**SO ORDERED.**

Dated: New York, New York
      February 25, 2021

_____
ANDREW L. CARTER, JR.
United States District Judge