Paul A. Ferrillo
Daphne Morduchowitz
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

*Attorneys for Defendant AFTRA*
*Retirement Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
A.A., A MINOR, BY AND THROUGH HIS
NATURAL PARENT, STEVE ALTES, SEAN
BOOZER, PAUL BRIGHT, BILLY CHOI, RON
GILBERT, LINNETTE HARRIGAN, AND
MAURICE TYSON,

          Plaintiffs,

   - against -

AFTRA RETIREMENT FUND,

          Defendant.
-----------------------------------------------------------------x

Civil Action No. 1:20-cv-10834-ALC

**NOTICE OF MOTION**
**TO DISMISS THE**
**CONSOLIDATED AMENDED**
**COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Daphne Morduchowitz and the exhibit thereto, and the Memorandum of Law, and upon all pleadings and proceedings herein, Defendant AFTRA Retirement Fund (the "AFTRA Fund"), by its undersigned counsel, will move this Court on a date and time to be determined by the Court, before the Honorable Andrew L. Carter, United States District Judge, 40 Foley Square, New York, NY 10007 to dismiss the Consolidated Amended Complaint in its entirety, with prejudice as well as any other further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the so-ordered stipulation between the parties (ECF No. 36), Plaintiffs' opposition to the motion to dismiss is to be filed on or before July 9, 2021, and Defendant's reply is to be filed on or before July 23, 2021.

PLEASE TAKE FURTHER NOTICE that the AFTRA Fund respectfully requests oral argument.

Dated:  New York, New York
            June 7, 2021

Respectfully submitted,

SEYFARTH SHAW LLP

By: *Paul A. Ferrillo*
    Paul A. Ferrillo
    Daphne Morduchowitz
    620 Eighth Avenue
    New York, New York 10018-1405
    (212) 218-5500

*Attorneys for Defendant AFTRA Retirement Fund*