

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526

dmorduchowitz@seyfarth.com

www.seyfarth.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __April 1, 2022__
```

**MEMO ENDORSED**

March 28, 2022

<u>VIA ECF AND EMAIL</u>

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

   Re: *A.A. et al v. AFTRA Retirement Fund*, Civil Action No. 1:20-cv-10834-ALC, Request for Extension of Time to File Joint Status Letter

Dear Judge Carter:

This Firm represents Defendant AFTRA Retirement Fund (the "AFTRA Fund") in the above-referenced action. Pursuant to the Court's Individual Rule I.D., the AFTRA Fund respectfully requests, with consent of all plaintiffs, a brief extension of time for the parties to file their Joint Status Letter indicating how they would like to proceed with this case pursuant to the Court's Order dated March 18, 2022 (ECF No. 48) from April 4, 2022 to **April 18, 2022**.

The AFTRA Fund makes this request for a brief extension due to the sudden and unfortunate passing of Paul Ferrillo of Seyfarth Shaw LLP, who served as the lead counsel for the AFTRA Fund on this matter.

Pursuant to Individual Rule I.D., the AFTRA Fund states as follows:

- <u>The original date</u>: April 4, 2022.
- <u>The number of previous requests</u>: None.
- <u>Whether those previous requests were granted or denied</u>. Not applicable.
- <u>Whether the adversary consents</u>: Yes.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Daphne Morduchowitz*

Daphne Morduchowitz

Application **GRANTED**.

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated:** April 1, 2022