**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/20/2026

| | |
|---|---|
| A.A., A MINOR, BY AND THROUGH HIS NATURAL PARENT, STEVE ALTES, SEAN BOOZER, PAUL BRIGHT, BILLY CHOI, RON GILBERT, LINNETTE HARRIGAN, AND MAURICE TYSON,<br><br>                                Plaintiff,<br><br>v.<br><br>AFTRA RETIREMENT FUND,<br><br>                                Defendant. | Case No. 1:20-cv-10834-ALC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss this case without prejudice and without costs.  No Answer or responsive pleadings have been filed into the record of this matter.

Dated: February 27, 2026                    Respectfully Submitted,

By:     /s/ Todd S. Garber
        Todd S. Garber
        **FINKELSTEIN, BLANKINSHIP,**
        **FREI-PEARSON & GARBER, LLP**
        One North Broadway, Suite 900
        White Plains, New York 10601
        Tel: (914) 298-3281
        Fax: (914) 824-1561
        tgarber@fbfglaw.com

In light of the Plaintiffs' Notice of voluntary dismissal (Dkt. No. 70) the Stay in this Action is lifted, and this action is **DISMISSED**. The Clerk of Court is respectfully directed to close this case.

        M. Anderson Berry (Admitted *Pro Hac Vice*)
        **EMERY | REDDY, PC**
        600 Stewart Street, Suite 1100
        Seattle, WA 98101
        916.823.6955 (Tel)
        206.441.9711 (Fax)
        anderson@emeryreddy.com

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 20, 2026